# EXHIBIT A

**RECEIVED**

Sec. 183.0202    MAR 2 8 2005    State of Wisconsin
Wis. Stats.                      Department of Financial Institutions
**WISCONSIN**                    Division of Corporate and Consumer Services
**DFI**



# ARTICLES OF ORGANIZATION - LIMITED LIABILITY COMPANY

Executed by the undersigned for the purpose of forming a Wisconsin limited liability company under Ch. 183 of the Wisconsin Statutes:

Article 1. Name of the limited liability company:

   QRG BIOSCIENCE, LLC

Article 2. The limited liability company is organized under Ch. 183 of the Wisconsin Statutes.

Article 3. Name of the initial registered agent:   G&K Wisconsin Services, LLC

Article 4. Street address of the initial registered office:   N21 W23350 Ridgeview Parkway
(*The complete address, including street and number, if
assigned, and ZIP code. P O Box address may be*          Waukesha, WI   53188
*included as part of the address, but is insufficient alone.*)

Article 5. Management of the limited liability company shall be vested in:
   (Select and check (X) the one appropriate choice below)

   [X] a manager or managers
OR
   [ ] its members

Article 6. **Name** and **complete address** of each organizer:

G&K Wisconsin Services, LLC
N21 W23350 Ridgeview Parkway
Waukesha, WI  53188

_____                    _____
     Organizer's signature                            Organizer's signature

This document was drafted by   Robert C. Risch, Jr.
                               (Name the individual who drafted the document)

➤ OPTIONAL — Second choice company name if first choice is not available:

_____

**FILING FEE - $170.00** See instructions, suggestions, and procedures on following pages.
(Note: Electronic edition of this form is "Quickstart LLC," available at www.wdfi.org at a lower fee.)
DFI/CORP/502(R04/22/03) Use of this form is voluntary.                           1 of 2

Q003588

*Filing #2*

ARTICLES OF ORGANIZATION - Limited Liability Company
*Chapter 183*

Michelle H. Fullerton
Godfrey & Kahn, S.C.
N21 W23350 Ridgeview Parkway
Waukesha, WI 53188

$170.00 +25.00 Exp

STATE OF WISCONSIN
FILED

MAR 29 2005

DEPARTMENT OF
FINANCIAL INSTITUTIONS

3/29/05
024993 B
$195

➤ Your name, return address and phone number during the day ( (262) ) 951-7000

**INSTRUCTIONS** (Ref. sec. 183.0202 Wis. Stats. for document content)

Submit one original and one exact copy to Department of Financial Institutions, P O Box 7846, Madison WI, 53707-7846, together with the appropriate **FILING FEE of $170**. Filing fee is **non-refundable**. (If sent by Express or Priority U.S. mail, address to 345 W. Washington Ave., 3rd Floor, Madison WI, 53703). Sign the document manually or otherwise as allowed under sec. 183.0107(2), Wis. Stats. **NOTICE**: This form may be used to accomplish a filing required or permitted by statute to be made with the department. Information requested may be used for secondary purposes. If you have any questions, please contact the Division of Corporate & Consumer Services at 608-261-7577. Hearing-impaired may call 608-266-8818 for TTY. This document can be made available in alternate formats upon request to qualifying individuals with disabilities.

Article 1. The name must contain the words "limited liability company" or "limited liability co." or end with the abbreviation "L.L.C." or "LLC". If you wish to provide a second choice name that you would accept if your first choice is not available, enter it in the "Optional" area on page 1.

Article 2. This statement is required by sec. 183.0202(1).

Articles 3 & 4. The company must have a registered agent located at a registered office in Wisconsin. The address of the registered office is to describe the physical location where the registered agent maintains their business office. Provide the street number and name, city and ZIP code in Wisconsin. P O Box addresses may be included as part of the address, but are insufficient alone. The company may not name itself as its own registered agent.

Article 5. Indicate whether management of the company will be vested in a manager or managers, or in its members. Select only one choice. (Ref. sec. 183.0401, Wis. Stats.)

Article 6. Print or typewrite the name and complete address of each organizer. At least one organizer is required to sign the document, although all organizers may sign.

If the document is executed in Wisconsin, sec. 182.01(3), Wis. Stats., provides that it shall not be filed unless the name of the drafter (either an individual or a governmental agency) is printed in a legible manner. If the document is not executed in Wisconsin, enter that remark.

This document may declare a delayed effective date. To do so, enter a remark: "This document has a delayed effective date of _(enter the future date)_." The delayed effective date may not before, or more than 90 days after, the document is received by the Department of Financial Institutions for filing.

**NOTE**: The articles of organization may contain **only** that information required under items 1 through 6. The company may create a separate operating agreement that includes additional information.

DFI/CORP/502(R04/22/03)                                                                                                   2 of 2