# EXHIBIT B

**RECEIVED**

DEC 3 0 2005

Sec. 183.0203
Wis. Stats. **WISCONSIN**
**DFI**

State of Wisconsin
Department of Financial Institutions
Division of Corporate and Consumer Services



12 Q003588

*Imaged*

# ARTICLES OF AMENDMENT - LIMITED LIABILITY COMPANY

Note: Articles of Amendment cannot be filed to add or remove members, managers or owners of the limited liability company. Member and manager information should be listed in the company's operating agreement. The operating agreement is not filed with the Department of Financial Institutions.

A. The present limited liability company name (prior to any change effected by this amendment) is:

QRG Bioscience, LLC

(Enter Limited Liability Company Name)

Text of Amendment (*Refer to the existing articles of organization and the instructions on the reverse of this form. Determine those items to be changed and enter the number identifying the paragraph in the articles of organization being changed and how the amended paragraph is to read.*)

RESOLVED, THAT the articles of organization be amended as follows:

**ARTICLE 1**               *ok*

The name of the corporation is "Quincy Bioscience, LLC."

B. Amendment(s) to the articles of organization was adopted by the vote required by sec. 183.0404(2), Wis. Stats.

C. Executed on December 20, 2005          *Michael J Beaman*
                  (Date)                        (Signature)

Title: ☐ Member  OR  ☑ Manager

(Select and mark (X) the appropriate title) Michael J. Beaman
                                             (Printed name)

This document was drafted by  Robert C. Risch, Jr.
                              (Name the individual who drafted the document)

**FILING FEE - $40.00**
DFI/CORP/504(R09-05)                                                       1

$40.00 + $25.00 E☒

ARTICLES OF AMENDMENT -- Limited Liability Company

*Chap. 183*

STATE OF WISCONSIN
FILED

JAN - 3 2006

DEPARTMENT OF
FINANCIAL INSTITUTIONS

⌐ Michelle H. Fullerton
Godfrey & Kahn, S.C.
N21 W23350 Ridgeview Parkway
Waukesha, WI 53188 ¬

L

*— Name Change —*

1/4/06
033145
$65.00

▲ **Enter your return address within the bracket above.**

**Phone number during the day:** ( 262 ) 951 - 7000

**INSTRUCTIONS** (Ref. sec. 183.0203 Wis. Stats. for document content)

| Submit one original and one exact copy along with the required filing fee of $40.00 to the address listed below. Make checks payable to the "Department of Financial Institutions". Filing fee is non-refundable. Sign the document manually or otherwise allowed under sec. 183.0107(1g)(c). |||
|---|---|---|
| **Mailing Address:**<br>Department of Financial Institutions<br>Division of Corporate & Consumer Services<br>P O Box 7846<br>Madison WI 53707-7846 | **Physical Address for Express Mail:**<br>Department of Financial Institutions<br>Division of Corporate & Consumer Services<br>345 W. Washington Ave – 3rd FL<br>Madison WI 53703 | Phone: 608-261-7577<br>FAX: 608-267-6813<br>TTY: 608-266-8818 |

**NOTICE:** This form may be used to accomplish a filing required or permitted by statute to be made with the department. Information requested may be used for secondary purposes. This document can be made available in alternate formats upon request to qualifying individuals with disabilities.

A. State the name of the limited liability company (before any change effected by this amendment) and the text of the amendment(s). The text should recite the resolution adopted (e.g., "Resolved, that Article 1 of the articles of organization be amended to read: ...... (enter the amended article).

An amendment may change or add only those provisions that are required under sec. 183.0202, Wis. Stats., to be included in articles of organization. If the amendment changes the name of the limited liability company, the new name must contain the words "limited liability company", or "limited liability co." or end with the abbreviation "L.L.C." or "LLC".

B. This statement is required by sec. 183.0203(2)(c).

C. Enter the date of execution and the name and title of the person signing the document. The document must be signed by one of the following: A **member** of the limited liability company, if management is vested in the members, or a **manager** if management is vested in one or more managers. Select and mark (X) the appropriate choice in item C.

If the document is executed in Wisconsin, sec. 182.01(3) provides that it shall not be filed unless the name of the person (individual) who drafted it is printed, typewritten or stamped thereon in a legible manner.
If the document is not executed in Wisconsin, enter that remark.

DFI/CORP/504I(R09-05)                                                                              2