# EXHIBIT C

**D&B Company Profile**
Copyright 2006, Dun & Bradstreet, Inc. All Rights Reserved

**Qrg Bioscience LLC**
455 Science Dr Ste 102
Madison WI 53711

**D&B D-U-N-S Number:** 192740962

**Phone:** 6082332475
**County:** DANE
**Metropolitan Statistical Area:** Madison, WI

**Year Started:** 0
**Annual Sales:** $ 96000 (Last Revision )
**Base Sales:** $ 96000
**Trend Sales:** $ 0
**Sales Growth:** 0
**Net Worth:** $ 0

**Number of Employees here:** 1
**Number of Employees total:** 1

**Square Footage:** 0

**Business:** WHOLESALE TRADE - NONDURABLE GOODS
**Primary SIC:**
5122, DRUGS, PROPRIETARIES, AND SUNDRIES

**This Company is a:**
Small Business

**Officers and Executives:**
Member : Mark Underwood, Member

===================================================

CUSTOMER SERVICE

If you need any additional information, or have any questions regarding this report, please call our Customer Service Center at (800) 234-3867 from anywhere within the U.S. From outside the U.S.,please call your local D&B office.