# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2128 |
| v. | ) | |
| | ) | Judge Mathew F. Kennelly |
| QUINCY BIOSCIENCE, LLC and MARY | ) | |
| ANN RIKSCHEIM, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

## DEFENDANT QUINCY BIOSCIENCE, LLC'S AGREED MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Quincy Bioscience, LLC ("Quincy" or "Defendant"), by its attorneys, Ice Miller LLP, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of the time to answer or otherwise plead. In support of its Motion, Quincy states as follows:

1.     Plaintiff filed its Amended Complaint on or about April 25, 2008.

2.     Plaintiff served a copy of the Amended Complaint on Quincy on or about April 23, 2008.

3.     Defendant's responsive pleading is due on or about May 13, 2008.

4.     Defendant has just retained undersigned counsel and additional time is needed to investigate the allegations in Plaintiff's Amended Complaint.

5.     Defendants require a 30-day extension to answer or otherwise plead to Plaintiff's Complaint, and therefore respectfully requests to and until June 16, 2008 to file its responsive pleading.

6.     On May 15, 2008, counsel for Quincy spoke to counsel for Plaintiff and counsel for Plaintiff has no objection to a 30-day enlargement of time for Quincy to file a responsive pleading to Plaintiff's Amended Complaint.

7.      No prejudice to any party will result from granting Quincy's Motion.

**FOR THE FOREGOING REASONS**, Defendant Quincy Bioscience, LLC respectfully requests that the Court grant it until June 16, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

**QUINCY BIOSCIENCE, LLC**

By:    /s/ Joan G. Ritchey
        One of Its Attorneys

Bart Murphy (ARDC No. 06181178)
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-0555

Joan G. Ritchey (ARDC No. 06275776)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567