UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2128 |
| v. | ) | |
| | ) | Judge Mathew F. Kennelly |
| QUINCY BIOSCIENCE, LLC and MARY ANN RIKSCHEIM, | ) | |
| | ) | Magistrate Judge Nolan |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: Daniel J. Cunningham
Tressler, Soderstrom, Maloney & Piress
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that, on May 22, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly in the Courtroom 2103 at the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place, and present the **Defendant Quincy Bioscience, LLC's Agreed Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Amended Complaint**. A copy of which is hereby served upon you.

QUINCY BIOSCIENCE, LLC

By: /s/ Joan G. Ritchey
One of Its Attorneys

Bart Murphy (ARDC No. 06181178)
**ICE MILLER LLP**
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
(630) 955-0555

Joan G. Ritchey (ARDC No. 06275776)
**ICE MILLER LLP**
200 West Madison, Suite 3500
Chicago, Illinois 60606
(312) 726-1567

## CERTIFICATE OF SERVICE

Joan G. Ritchey, an attorney, certifies that on May 16, 2008, she caused a true and correct copy of the *Notice of Motion and Defendant Quincy Bioscience, LLC's Agreed Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Amended Complaint* to be served by electronic mail upon:

Daniel J. Cunningham
Tressler, Soderstrom, Maloney & Piress
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
*dcunningham@tsmp.com*

/s/ Joan G. Ritchey
Joan G. Ritchey

C/65964.1