```
TYPE LAW           SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS           DISTRICT 157
```

SHERIFF'S NUMBER 061912-001D  CASE NUMBER 08CV2128   DEPUTY: _____ 1306

FILED DT 05-14-2008 RECEIVED DT 05-15-2008 DIE DT 05-30-2008 MULTIPLE SERVICE   1
    DEFENDANT                                          ATTORNEY
RIKSHEIM, MARY ANN                              DANIEL J CUNNIHGHAM/TRESSLER S
3612    LINCOLN HW                              233 S WACKER DR 22ND FLR
OLYMPIA FIELDS  IL. 60461                       CHICAGO IL. 60606
SUITE 14B
PLAINTIFF FEDERAL INSURANCE COMPANY                                     **FOREIGN**

SERVICE INFORMATION: UNITED STATES DISTRICT COURT     RS

****************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:
 X..1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
      AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
      RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME_____
....3 SERVICE ON: CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____1306_____, DEPUTY
   1 SEX F M/F   RACE W   AGE 52
   2 NAME OF DEFENDANT RIKSHEIM, MARY ANN
       WRIT SERVED ON ___MARY ANN RIKSHEIM___
       THIS 28 DAY OF MAY, 2008 TIME 5:55 A.M./P.M.
   ADDITIONAL REMARKS  HRS MARY — GAVE BRIDGEVIEW INFO
                       (THERAPIST)
****************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.
TYPE OF BLDG  M/U OFC                        ATTEMPTED SERVICES
NEIGHBORS NAME _____            DATE        TIME  A.M./P.M.
   ADDRESS   _____  NOT IN  5/23/08  10:25  A 921
        REASON NOT SERVED:              _____  ___:___  ____
                        07 EMPLOYER REFUSAL  _____  ___:___  ____
  01 MOVED              08 RETURNED BY ATTY  _____  ___:___  ____
  02 NO CONTACT         09 DECEASED          _____  ___:___  ____
  03 EMPTY LOT          10 BLDG DEMOLISHED   _____  ___:___  ____
  04 NOT LISTED         11 NO REGISTERED AGT._____  ___:___  ____
  05 WRONG ADDRESS      12 OTHER REASONS     _____  ___:___  ____
  06 NO SUCH ADDRESS    13 OUT OF COUNTY     _____  ___:___  ____

FEE  .00   MILEAGE   .00   TOTAL   .00                            SG10
```

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FOREIGN**

ALIAS   **SUMMONS IN A CIVIL CASE**

FEDERAL INSURANCE COMPANY

CASE NUMBER: 08 CV 2128

V.

ASSIGNED JUDGE: KENNELLY

QUINCY BIOSCIENCE, LLC and MARY ANN RIKSHEIM

DESIGNATED MAGISTRATE JUDGE: NOLAN

TO: (Name and address of Defendant)

MARY ANN RIKSHEIM, 3612 W. Lincoln Highway, Suite 14B, Olympia Fields, IL, 60461

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel J. Cunningham, TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP, 233 S. Wacker Drive, 22nd Floor, Chicago, IL, 60606-6399

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

(By) DEPUTY CLERK

**May 14, 2008**

Date