IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:08-cv-2128 |
| QUINCY BIOSCIENCE, LLC and MARY ANN RIKSHEIM | ) Judge Kennelly |
| Defendant. | ) Magistrate Judge Nolan |

TO: Joan Ritchey, Esq.  
Ice Miller  
200 West Madison – Suite 3500  
Chicago, IL 60606  
Counsel for Quincy Bioscience

Julie Clark, Esq.  
Edelman, Combs, Latturner & Goodwin, LLC  
120 S. LaSalle Street, 18th Floor  
Chicago, Illinois 60603-3403  
Counsel for Mary Ann Risksheim

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, Federal Insurance Company, by and through its attorneys, TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice.

FEDERAL INSURANCE COMPANY

/s/ Daniel J. Cunningham  
Daniel J. Cunningham

TRESSLER, SODERSTROM, MALONEY & PRIESS  
Sears Tower, 22nd Floor,  
233 South Wacker Drive  
Chicago, Illinois 60606-6308  
(312) 627-4000;  
Fax: (312) 627-1717  
Email: dcunningham@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above-noted attorneys.

FEDERAL INSURANCE COMPANY

/s/ Daniel J. Cunningham
Daniel J. Cunningham

TRESSLER, SODERSTROM, MALONEY & PRIESS
Sears Tower, 22nd Floor,
233 South Wacker Drive
Chicago, Illinois 60606-6308
(312) 627-4000;
Fax: (312) 627-1717
Email: dcunningham@tsmp.com